**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FERRO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF ) <br> AMERICA, ) <br> ) <br> Defendants. ) <br> _____ | Case No. EDCV 08-1363-VAP <br> RE: EDCR 06-27-VAP <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion pursuant to 28 U.S.C. § 2255 is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: July 19, 2010

                                        VIRGINIA A. PHILLIPS
                                  United States District Judge